Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (215) 540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GIL LEDESMA,** | ) Case No. 3:15-cv-01971-HSG |
| | ) |
| **Plaintiff,** | ) **ORDER ON PLAINTIFF'S** |
| | ) **MOTION TO EXCUSE IN-** |
| v. | ) **PERSON APPEARANCE OF** |
| | ) **COUNSEL FOR THE INITIAL** |
| **CREDENCE RESOURCE** | ) **CASE MANAGEMENT** |
| **MANAGEMENT, LLC,** | ) **CONFERENCE** |
| **Defendant.** | ) |
| | ) |

Good cause being shown, the Court allows Plaintiff's counsel to participate in the Case Management Conference on September 8, 2015, at 2:00 p.m. via telephone. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 8/20/2015

　　　　　　　　　　　　　　　　　　　*Haywood S. Gill Jr.*
　　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge