UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL LEDESMA,<br><br>        Plaintiff,<br>vs.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC<br><br>        Defendant. | Case No: 15-CV-01971-HSG<br><br>ORDER GRANTING MOTION FOR PERMISSION TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE<br><br>Date: September 8, 2015<br>Time:  2:00 p.m. |

Based on the Motion, counsel may appear telephonically at the Case Management Conference set for September 8, 2015.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

    IT IS SO ORDERED:

Dated:  August 21, 2015

*Haywood S. Gilliam Jr.*
Hon. Judge Haywood S. Gilliam, Jr.