UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIL LEDESMA,

        Plaintiff,

  v.

CREDENCE RESOURCE MANAGEMENT, LLC,

        Defendant.

Case No. 15-cv-01971-HSG

**SCHEDULING ORDER**

A case management conference was held on September 8, 2015. The Court set the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil L.R. 16-10:

| Event | Date |
| --- | --- |
| Deadline to Complete Mediation | November 23, 2015 |
| Deadline to Amend Pleadings | November 30, 2015 |
| Deadline to Complete Initial Expert Disclosures | December 1, 2015 |
| Close of Discovery | January 15, 2016 |
| Deadline to Hear Dispositive Motions | March 31, 2016 |
| Pretrial Conference | May 31, 2016<br>3:00 p.m. |
| Jury Trial | June 13-14, 2016<br>8:30 a.m. |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: September 9, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge